IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| CLEVELAND ELECTRIC COMPANY<br><br>    Plaintiff<br><br>v.<br><br>DEPCOM POWER, INC. and LEXON INSURANCE COMPANY,<br><br>    Defendants | CIVIL ACTION NUMBER 5:16-cv-00037-D |

## ORDER

Defendant Lexon Insurance Company ("Lexon"), and Defendant Depcom Power, Inc. ("Depcom") (collectively "Defendants") having filed a Joint Motion to Stay Pending Arbitration pursuant to the North Carolina Revised Uniform Arbitration Act and Sections 3 and 4 of the Federal Arbitration Act ("FAA"), the Motion having been fully briefed, and the Court having reviewed the pleadings and being duly and sufficiently advised,

IT IS ORDERED as follows:

The Motion to Stay and Compel Arbitration is **GRANTED**.

SO ORDERED this **27** day of June, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge